IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAZMINE TINGLE                                                                    PLAINTIFF

v.                              No. 4:24-cv-337-DPM

ADRIENNE COLLINS and BANK OF
OKLAHOMA NA                                                                    DEFENDANTS

JUDGMENT

Tingle's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 December 2025